# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00631-RM-MEH

GEORGINA SANTICH, *et al.,* individually and on behalf of all others similarly situated,

     Plaintiffs,

v.

VCG HOLDING CORP, *et al.,*

     Defendants.

_____

## ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT
_____

Upon consideration of the Plaintiffs' Unopposed Motion for Approval of Settlement Agreement [filed July 12, 2021; ECF 250], it is hereby ORDERED that the Motion is **GRANTED** and that the Settlement Agreement is APPROVED as fair and adequate. Pursuant to D.C.Colo.LCivR 41.2, the Clerk of Court is directed to ADMINISTRATIVELY CLOSE this case, pending final fulfilment of the parties' settlement obligations.

It is so ORDERED.

ENTERED this 16th day of July, 2021.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge